## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ADA AND CHARLES BENNICOFF, | : | No. 53 MAL 2018 |
| | : | |
| Petitioners | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| LEHIGH COUNTY AGRIC. SOC., | : | |
| | : | |
| Respondent | : | |


## ORDER


**PER CURIAM**

    **AND NOW**, this 30th day of August, 2019 the Petition for Allowance of Appeal and Petition Seeking Leave to File a Short Reply Brief to Respondent's Answer in Opposition to Petition for Allowance of Appeal are **DENIED**.